UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TANIS ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CV-06-137-B-W |
| v. | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 18, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Wal-Mart's Motion for Summary Judgment (Docket # 43) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2008